# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SINAPIS PHARMA, INC., a Florida Corporation,

    Plaintiff,

v.

Case No. 3:17-cv-672-J-32JRK

BOOTH UDALL FULLER, PLC, an Arizona professional limited liability company, FENNEMORE CRAIG, P.C., an Arizona corporation, and RODNEY J. FULLER, an individual,

    Defendants.

---

## **O R D E R**

This case is before the Court on Defendants Booth Udall Fuller, PLC and Rodney J. Fuller's Motion to Dismiss Plaintiff's Complaint (Doc. 9) and Defendant Fennemore Craig, P.C.'s Amended Motion to Dismiss and Incorporated Memorandum of Law (Doc. 12). On November 30, 2017, the Court held a hearing on the motions.

For the reasons stated on the record, it is hereby

**ORDERED:**

1. Booth Udall Fuller, PLC and Rodney J. Fuller's Motion to Dismiss Plaintiff's Complaint (Doc. 9) is **GRANTED**.

2. Fennemore Craig, P.C.'s Amended Motion to Dismiss and Incorporated Memorandum of Law (Doc. 12) is **GRANTED**.

3. Plaintiff Sinapis Pharma, Inc.'s Complaint (Doc. 2) is **DISMISSED without prejudice** with leave to amend. Plaintiff has up to and including **February 28, 2018** to file an amended complaint.

4. Not later than **January 31, 2018**, the parties shall exchange document discovery in accordance with Federal Rule of Civil Procedure 26(a)(1)(a)(ii). Except for these disclosures, the Order staying discovery (Doc. 34) remains in effect.

5. Not later than **March 23, 2018**, defendants shall file any motions or answers to the amended complaint.

6. Not later than **April 19, 2018**, Plaintiff shall submit any responses to motions, as necessary.

7. All other dates and deadlines within the Case Management Scheduling Order (Doc. 27) remain in effect at this time.

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of November, 2017.

*[Signature]*
TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Counsel of record